IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DUNHILL RESOURCES, INC., | § | CASE NO. 03-41264-H5-11 |
| | § | (Chapter 11) |
| DEBTOR. | § | |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
EXHIBIT LIST FOR HEARING ON MAY 6, 2004 ON
(I) OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR
APPOINTMENT OF A CHAPTER 11 TRUSTEE,
(II) DEBTOR'S MOTION TO CONVERT TO CHAPTER 7 CASE AND
CONSENT TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE,
(III) MOTION TO QUASH AND FOR PROTECTIVE ORDER OF COMMITTEE
OF UNSECURED CREDITORS' NOTICE OF INTENTION TO TAKE 2004
EXAMINATION OF DUNHILL RESOURCES, INC. AND
SUBPOENA DUCES TECUM, AND (IV) MOTION OF DUNHILL
EXPLORATION & PRODUCTION, LLC, DUNHILL PRODUCTS, LP,
JOHN M. HALL, AND GLOBAL ENERGY GAS AND POWER
CORPORATION TO QUASH AND PROTECTIVE ORDER**

**TO THE HONORABLE WESLEY W. STEEN:**

The Official Committee of Unsecured Creditors of Dunhill Resources, Inc. (the "Committee") files this Exhibit List for Hearing on May 6, 2004, on the (i) Official Committee of Unsecured Creditors' Motion for Appointment of a Chapter 11 Trustee, (ii) Debtors' Motion to Convert to Chapter 7 Case and Consent to Official Committee of Unsecured Creditors' Motion for Appointment of a Chapter 11 Trustee, (iii) Motion to Quash and for Protective Order of Committee of Unsecured Creditors' Notice of Intention to Take 2004 Examination of Dunhill Resources, Inc. and Subpoena Duces Tecum, and (iv) Motion of Dunhill Exploration & Production, LLC, Dunhill

Products, LP, John M. Hall, and Global Energy Gas and Power Corporation to Quash and for Protective Order ("Subject Motions"), and respectfully designates the following exhibits:

## Exhibits

| Exhibit No. | Description | MARKED | OFFERED | OBJECT | ADMIT | DATE | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Debtors' Response to the Official Committee of Unsecured Creditors' Request for Admissions to Dunhill Resources, Inc. dated April 27, 2004 | | | | | | |
| 2. | Prosecution Demand Letter dated February 10, 2004 | | | | | | |
| 3. | Motion of the Official Committee of Unsecured Creditors for Order Authorizing the Committee to Investigate and Prosecute Claims on Behalf of the Debtor dated April 27, 2004 | | | | | | |
| 4. | Plaintiff's Original Petition in Cause No. 2004-19369; *Priest Petroleum Corporation v. Dunhill Exploration & Production, LLC, Dunhill Products, LP, Dunhill Products GP, LLC, Global Energy Gas and Power Corporation, and John M. Hall*; In the 80th Judicial District Court of Harris County, Texas dated April 15, 2004 | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5. | Debtor's Response to Schlumberger Technology Corporation's and Baker Hughes Oilfield Operations, Inc.'s Request for Production of Documents to Dunhill Resources, Inc. Pursuant to Bankruptcy Rule 2004 dated September 22, 2003 | | | | | |
| 6. | Dunhill Resources, Inc.'s Responses to the Official Committee of Unsecured Creditors' Request for Production of Documents dated October 31, 2003 | | | | | |
| 7. | Amended Response to the Official Committee of Unsecured Creditors' Request for Production of Documents to Dunhill Exploration & Production, L.L.C. Pursuant to Bankruptcy Rule 2004 dated January 19, 2004 | | | | | |
| 8. | Responses to the Official Committee of Unsecured Creditors' Request for Production of Documents to Dunhill Products, L.P. Pursuant to Bankruptcy Rule 2004 dated December 12, 2003 | | | | | |
| 9. | Response to the Official Committee of Unsecured Creditors' Request for Production of Documents to Dunhill Products GP, L.L.C. Pursuant to Bankruptcy Rule 2004 dated December 12, 2003 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. | Response to the Official Committee of Unsecured Creditors' Request for Production of Documents to John M. Hall Pursuant to Bankruptcy Rule 2004 dated February 11, 2004 | | | | | |
| 11. | Committee of Unsecured Creditors' Notice of Intention to Take 2004 Examination of Dunhill Resources, Inc. and Subpoena Duces Tecum dated April 23, 2004 | | | | | |
| 12. | Committee of Unsecured Creditors' Notice of Intention to Take 2004 Examination of Dunhill Exploration & Production, LLC and Subpoena Duces Tecum dated April 23, 2004 | | | | | |
| 13. | Committee of Unsecured Creditors' Notice of Intention to Take 2004 Examination of Dunhill Products, LP and Subpoena Duces Tecum dated April 23, 2004 | | | | | |
| 14. | Committee of Unsecured Creditors' Notice of Intention to Take 2004 Examination of John M. Hall and Subpoena Duces Tecum dated April 23, 2004 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15. | Committee of Unsecured Creditors' Notice of Intention to Take 2004 Examination of Global Energy Gas and Power Corporation and Subpoena Duces Tecum dated April 23, 2004 | | | | | |

The Official Committee of Unsecured Creditors reserves the right to amend this Exhibit List prior to the hearing currently scheduled for May 6, 2004. The Official Committee of Unsecured Creditors reserves the right to use exhibits designated by any other party, as well as any exhibits necessary for impeachment or rebuttal.

Dated: May 5, 2004.

                Respectfully submitted,

                /s/ Phil F. Snow
                Phil F. Snow
                State Bar No. 18812600
                Mark W. Mehnert
                State Bar No. 24034572
                2929 Allen Parkway
                42nd Floor, America Tower
                Houston, TX  77019
                (713) 659-6400
                (713) 659-6262 (Fax)

                **Attorney for the Official Unsecured Creditors' Committee**

OF COUNSEL:

WARE, SNOW, FOGEL & JACKSON,
A Limited Liability Partnership
2929 Allen Parkway
42nd Floor, America Tower
Houston, TX 77019
(713) 659-6400
(713) 659-6262 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Official Committee of Unsecured Creditors' Exhibit List for Hearing on May 6, 2004 has been served on the parties listed on the Service List attached as Exhibit 1, on this 5th day of May, 2004.

/s/ Phil Snow
Phil Snow