**SERVICE LIST**

| | |
|---|---|
| **Debtor:**<br>Dunhill Resources, Inc.<br>730 North Post Oak, Suite 400<br>Houston, Texas 77024<br>Attention:  Steve Gardner & Don Porteous | **Debtor's Counsel:**<br>Joseph G. Epstein<br>Berry Spears<br>Winstead, Sechrest & Minick<br>2400 Bank One Center<br>910 Travis Street<br>Houston, Texas 77024<br>*Fax: (713) 650-2400*<br>*Email: jepstein@winstead.com* |
| **U.S. Trustee:**<br>Stephen Douglas Statham<br>United States Trustee<br>515 Rusk Street, Suite 3516<br>Houston, Texas  77002<br>*Fax:  713-718-4670*<br>*Email: stephen.statham@usdoj.gov* | **CCR Entities**<br><br>Concert Capital Resources, L.P.<br>Attn: Michael Fiuzat<br>909 Fannin, Suite 1850<br>Houston, Texas 77010 |
| **CCR Entities' Counsel**<br><br>John F. Higgins<br>James Matthew Vaughn<br>Porter & Hedges, L.L.P.<br>700 Louisiana St., 35th Floor<br>Houston, Texas 77002 | |

**Petitioning Creditors:**

| | |
|---|---|
| Pre D. Moss, Jr.,  Credit Manager<br>Schlumberger Technology Corporation<br>1325 S. Dairy Ashford<br>Houston, Texas 77077<br>*Fax: (281) 285-1952*<br>*Email: moss@sugar-land.oilfield.slb.com* | Christopher Ryan, Credit Manager<br>Baker Hughes, Inc.<br>3900 Essex Lane, Suite 1200<br>Houston, Texas 77027<br>*Fax: (713) 439-8778*<br>*Email: chris.ryan@bakerhughes.com* |
| Mary Frances vonBerg<br>Farnsworth & vonBerg, LLP<br>333 N. Sam Houston Pkwy., Suite 300<br>Houston, Texas 77060<br>*Fax: (281) 931-6032*<br>Counsel for Newpark Drilling, LLP | |

**EXHIBIT 1**

**Ensco Offshore Company's Counsel**

David S. Elder
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5007
*Fax: (713) 276-6750*
*Email: delder@gardere.com*
Counsel for Ensco Offshore Company

**On Board Resources, Inc. and**
**Chevron USA, Inc.'s Counsel**

Philip K. Jones, Jr.
Kiskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
*Fax: (504) 556-4108*
*Email: pkjones@liskow.com*

**Creditors' Committee Members:**

| | |
|---|---|
| Pre D. Moss, Jr., Credit Manager<br>Schlumberger Technology Corporation<br>1325 S. Dairy Ashford<br>Houston, Texas 77077<br>*Telephone: (281) 285-1962*<br>*Fax: (281) 285-1952*<br>*Email: moss@sugar-land.oilfield.slb.com* | Christopher Ryan, Credit Manager<br>Baker Hughes, Inc.<br>3900 Essex Lane, Suite 1200<br>Houston, Texas 77027<br>*Telephone: (713) 439-8771*<br>*Fax: (713) 439-8778*<br>*Email: chris.ryan@bakerhughes.com* |
| Global Industries Offshore<br>Attn: Lawrence Uter<br>5319 Port Road<br>New Iberia, Louisiana 70560<br>*Telephone: (337) 374-3266*<br>*Fax: (337) 374- 3210*<br>*Email: lawu@ni.globalind.com* | Dolphin Services, Inc.<br>Attn: Joseph P. Gallagher, III<br>P. O. Box DSI<br>Houma, Louisiana 70361<br>*Telephone: (985) 872-2100 ext. 204*<br>*Fax: (985) 876-5414*<br>*Email: dgallagher@gifinc.com* |

**EXHIBIT 1**

| | |
|---|---|
| Counsel for Dolphin Services, Inc.<br>Jan Hayden<br>Tristan E. Manthey<br>Heller, Draper, Hayden, Patrick & Horn, LLC<br>Suite 2500, Poydras Center<br>650 Poydras Street<br>New Orleans, Louisiana 70130-6103<br>*Telephone: (504) 568-1888*<br>*Facsimile: (504) 522-0949*<br>*Email: jhayden@hellerdraper.com*<br>*         tmanthey@hellerdraper.com* | Tesoro Marine Services, L.L.C.<br>Attn: Calvin Leavell/Gilbert Buitron<br>300 Concord Plaza Drive<br>San Antonio, Texas 78216<br>*Telephone: (210) 283-2092*<br>*Fax: (210) 283-2048*<br>*Email: cleavell@tesoropetroleum.com*<br>*Email: gbuitron@tesoropetroleum.com* |
| Settoon Towing, L.L.C.<br>Attn: James R. Austin<br>P. O. Box 3197<br>Baton Rouge, Louisiana 70821<br>*Telephone: (225) 381-3161*<br>*Fax: (225) 381-8029*<br>*Email: jra@bswllp.com* | ENSCO Offshore Company<br>Attn: Robert O. Isaac<br>500 N. Akard, Suite 4300<br>Dallas, Texs 75201<br>*Telephone: (214) 397-3023*<br>*Fax: (214) 397-3371*<br>*Email: bisaac@enscous.com* |
| Mary Frances vonBerg<br>Farnsworth & vonBerg, LLP<br>333 N. Sam Houston Pkwy., Suite 300<br>Houston, Texas 77060<br>*Telephone: (281) 931-8902*<br>*Fax: (281) 931-6032*<br>Counsel for Newpark Drilling, LLP | Counsel for PMBCI Engineering, Inc.<br>Marta E. Montenegro<br>Dugger & Associates<br>Sonangol USA Building<br>1177 Enclave Parkway, Suite 250<br>Houston, Texas 77077<br>*Telephone: (281) 497-1770*<br>*Fax: (281) 497-1459*<br>*Email: mmontenegro@dugger.com* |

**Twenty Largest Creditors:**

| | |
|---|---|
| Ensco Offshore Company<br>Zarksis Italia<br>P. O. Box 201310<br>Dallas, Texas 75320-1310 | Global Industries Offshore LLC<br>Attn: Ramona Augustine<br>P. O. Box 297846<br>Houston, Texas 77297-0846 |
| Newpark Drilling Fluids, LLC<br>c/o Banke One Louisiana NA<br>Attn: Susan Warren<br>P. O. Box 831166<br>Baton Rouge, LA 70884-3116 | Dowell, A Division of Schlumberger<br>Techology Corporation<br>Attn: Pre Moss<br>1325 S. Dairy Ashford<br>Houston, Texas 77077 |

**EXHIBIT 1**

| | |
|---|---|
| Baker Hughes Business Support Services<br>Attn: Rhona Ingles<br>P. O. Box 200415<br>Houston, Texas 77216-0416 | Superior Energy Services, LLC<br>Attn: Leslie LeBlanc<br>P. O. Box 95375<br>New Orleans, Louisiana 70195 |
| Dolphin Services, Inc.<br>Attn: Robin Siebrt<br>P. O. Box 95035<br>New Orleans, Louisiana 70195 | Schlumberger Well Services<br>Attn: Pre Moss<br>1325 S. Dairy Ashford<br>Houston, Texas 77077 |
| Century Exploration Company<br>Attn: Dave Seay<br>3838 North Causeway Blvd., Suite 2800<br>Metairie, Louisiana 70002 | Tesoro Marine Services, Inc.<br>Attn: Calvin Leavall<br>P. O. Box 730218<br>Dallas, Texas 75373-0218 |
| Roclan Service & Supply, Inc.<br>Attn: Valerie Reed<br>P. O. Box 5475<br>Slidell, Louisiana 70469 | Deloitte & Touche LLP<br>Attn: Jessie Bennett<br>P. O. Box 840148<br>Dallas, Texas 75284-0148 |
| Rhett Campbell<br>Thompson & Knight LLP<br>333 Clay St., Suite 3300<br>Houston, Texas 77002 | Petro-Marine/BCI Engineering, Inc. LA<br>Attn: Tom Pennison<br>P. O. Box 741148<br>New Orleans, LA 70114 |
| BJ Services Company USA<br>Attn: Sharon Howard<br>P. O. Box 4346, Dept. 393<br>Houston, Texas 77210-4346 | Southern States Offshore, Inc.<br>Edward Schreiber<br>19101 Oil Center Blvd.<br>Houston, Texas 77073 |
| Smith International, Inc.<br>Attn: Don Pinkston<br>16740 E. Hardy St.<br>Houston, Texas  77032 | Hanover Compression Ltd. Partnership<br>Attn: Becky Lee<br>P. O. Box 201160<br>Dallas, Texas 75320-1160 |
| | Settoon Towing, LLC<br>Attn: David Dislot<br>P. O. Box 62600, Dept. 1194<br>New Orleans, Louisiana 70162-2600 |
| American Express Travel Related<br>Svcs. Co. Inc. Corp. Card<br>c/o Barbara K. Hamilton<br>P. O. Box 3001, Dept. AC<br>Malvern, PA 19355-0701 | Paul L. Mitchell<br>Zummo & Mitchell, L.L.P.<br>Three Allen Center<br>333 Clay St., Suite 4100<br>Houston, Texas 77002 |

**EXHIBIT 1**

**Parties Requesting Notice:**

| | |
|---|---|
| Minerals Management Service<br>Royalty Management Program<br>Office of Enforcement<br>P. O. Box 25165, Mail Stop 370B2<br>Denver, Colorado 80225<br>Attn: Cherry M. Mallard<br>*Email:* *Cherry.mallard@mms.gov* | Aetna, Inc.<br>Jennifer Hollenberg/National Collections/U14L<br>1425 Union Meeting Road<br>Blue Bell, PA 19422 |
| W. Mark Cotham<br>Cotham, Harwell & Evans, P.C.<br>1616 South Voss, Suite 200<br>Houston, Texas 77057<br>*Fax: (713) 647-7512*<br>Counsel for EnCap Entities | Philip Eisenberg<br>Elizabeth Freeman<br>Locke Liddell & Sapp LLP<br>600 Travis<br>3400 Chase Tower<br>Houston, Texas 77002<br>*Fax: (713) 223-3717*<br>Counsel for Sonat Exploration Co., Sonat Oil Transmission Co., El Paso Field Operations Co. and Tennessee Gas Pipeline Co. |
| Michael Reed<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P. O. Box 26990<br>Austin, Texas 78755<br>Counsel for Riviera I.S.D. | Gary W. Dugger<br>Marta E. Montenegro<br>Dugger & Associates<br>Sonangol USA Building<br>1177 Enclave Parkway, Suite 250<br>Houston, Texas 77077<br>*Fax: (281) 497-1459*<br>Counsel for Petro-Marine/BCI Engineering, Inc. |

**EXHIBIT 1**

| | |
|---|---|
| Peter S. Smart<br>Crain, Caton & James, P.C.<br>909 Fannin<br>3300 Two Houston Center<br>Houston, Texas 77010<br>*Fax: (713) 658-1921*<br>Counsel for The Mudlogging Company USA, LP | Mark S. Finkelstein<br>Shannon, Martin, Finkelstein & Sayre, P.C.<br>2400 Two Houston Center<br>909 Fannin Street<br>Houston, Texas 77010<br>*Fax: (713) 752-0337*<br>*Email: mfinkelstein@smfs.com*<br>Counsel for Stingray Pipeline Company, L.L.C. and West Cameron Dehydration Company, L.L.C. |
| Michael B. Hughes<br>McLeod, Alexander, Powel & Apffel, P.C.<br>802 Rosenberg<br>P. O. Box 629<br>Galveston, Texas 77553<br>*Fax: (409) 762-1155*<br>Counsel for Southern States Offshore, Inc. | John E. West<br>Vinson & Elkins<br>2300 First City Tower<br>1001 Fannin Street<br>Houston, Texas 77002-6760<br>*Fax: (713) 758-2346*<br>*Email: jwest@velaw.com*<br>Counsel for RLI Insurance Company |
| Lori Robertson<br>Linebarger Goggan Blair & Sampson, LLP<br>1949 South IH 35<br>P. O. Box 17428<br>Austin, Texas 78760-7428<br>*Fax: (512) 443-5114*<br>*Email: austin.bankruptcy@publicans.com* | Christopher W. Barnes<br>Apache Corporation<br>2000 Post Oak Blvd., Suite 100<br>Houston, Texas 77056-4400 |
| Roy Die<br>RLI Insurance Company<br>8 Greenway Plaza, Suite 400<br>Houston, Texas 77040<br>*Fax: (713) 961-0285*<br>*Email: Roy_Die@rlicorp.com* | Kevin M. Maraist<br>Sorrell Anderson Lehrman & Ridulfo LLP<br>Gaslight Square<br>1001 Third Street, Suite 1<br>Corpus Christi, Texas 78404<br>*Fax: (361) 884-9618*<br>*Email: kmaraist@sorrellanderson.com*<br>Counsel for Hanover Compression Limited Partnership |
| G. Frederick Seemann<br>Law Office of G. Frederick Seemann<br>401 Audubon Blvd., Suite 103A<br>Lafayette, LA 70503<br>Counsel for St. Bernard Well Service, Inc. | Warren G. King<br>Mabry & King, L.L.P.<br>19 Briar Hollow Lane, Suite 116<br>Houston, Texas 77027<br>*Fax: (713) 621-0224* |

**EXHIBIT 1**

| **Counsel for Hal L. Bettis:**<br>K. B. Battaglini<br>Shook, Hardy & Bacon, L.L.P.<br>600 Travis, Suite 1600<br>Houston, Texas 77002-2911<br>*Fax: (713) 227-9508*<br>*Email: kbattaglini@shb.com* | **Counsel for Devon Energy Production Co., LP:**<br>Michael Paul Kirschner<br>The Kirschner Law Firm, P.C.<br>3030 Bank One Tower<br>100 N. Broadway<br>Oklahoma City, OK 73102<br>*Fax: (405) 235-3352* |
|---|---|
| William C. Vidrine<br>Vidrine & Vidrine, L.L.P.<br>2701 Johnston St., Suite 230<br>Lafayette, LA 70503 | **Counsel for Global Industries Offshore, LLC:**<br>John W. Kolwe<br>Perret Doise<br>P. O. Drawer 3408<br>Lafayette, LA 70502-3408<br>*Fax: (337) 262-9001* |
| **Counsel for State Mineral Board, Department of Natural Resources, State of Louisiana:**<br>George L. Clauer III<br>Allen Harvey<br>Seale Daigle & Ross<br>11750 Brickstone Avenue, Suite B<br>Baton Rouge, LA 70816 | **Counsel for Smith International, Inc.:**<br>Brandie R. Payne<br>The Payne Law Firm, P.L.L.C.<br>2425 W. Loop South, Suite 200<br>Houston, Texas 77077<br>*Fax: 866-422-2980*<br>*Email: esqpayne@aol.com* |

**EXHIBIT 1**